UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RICARDO BLANCO, JR., | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:21-CV-00074 |
| | § | |
| BOBBY LUMPKIN, | § | |
| | § | |
| Respondent. | § | |

## OPINION AND ORDER OF TRANSFER

In accordance with the undersigned's previous order, Petitioner Richard Blanco Jr., appearing *pro se*, has filed an amended 28 U.S.C. § 2254 petition. (D.E. 7). Blanco is currently incarcerated at the Bexar County Adult Detention Center in San Antonio, Texas. In his petition, Blanco challenges his Bexar County convictions for evading arrest with a vehicle and intent to distribute a controlled substance. (*Id.* at 2).

A petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court should be filed in either the federal district court for the district where the person is in custody or in the federal district court for the district where the person was convicted and sentenced. 28 U.S.C. § 2241(d). For Blanco, that means his petition should have been filed in the San Antonio Division of the Western District of Texas because he was convicted, sentenced, and is currently being held in Bexar County, Texas. 28 U.S.C. § 124(d)(4).

Accordingly, **IT IS ORDERED** that this case is **TRANSFERRED** to the United States District Court for the Western District of Texas, San Antonio Division.

ORDERED on May 7, 2021.

_____
Julie K. Hampton
United States Magistrate Judge